IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| RICHARD CLAY MARTIN, | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 06-0361-WS-C |
| ROBERT BARNES, et al., | : | |
| Defendants. | : | |

ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is ADOPTED as the opinion of this Court. It is ORDERED that Plaintiff's Complaint be and is hereby DISMISSED with prejudice.

**DONE** and **ORDERED** this 29th day of January, 2008.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE