IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| RICHARD CLAY MARTIN, | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 06-0361-WS-C |
| ROBERT BARNES, et al., | : | |
| Defendants. | : | |

## JUDGMENT

It is ORDERED, ADJUDGED, and DECREED that Plaintiff's Complaint be and is hereby DISMISSED with prejudice.

**DONE** and **ORDERED** this 29th day of January, 2008.


s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE